11529.　TATE *v.* ATLANTIC ICE & COAL CORPORATION.

</div>

JENKINS, P. J.　1. The liability of a master for injuries proximately occasioned by the negligence of a servant is limited to acts of the servant done within the scope of his duties and employment.

2. Where a petition showed that the business of the defendant was the

sale and distribution of ice from wagon or truck driven by the defendant's servant, and that the injury to the plaintiff was occasioned by the act of the servant while thus engaged, in negligently starting off his wagon while the plaintiff was attempting to mount it after having been invited to ride by the servant, and where the petition nowhere charged, either in express terms or by reasonable inference from the facts stated, that the act of the servant in inviting or permitting the plaintiff to ride on the defendant's truck was within the scope of his duties and employment, it was not error to dismiss the suit on demurrer. *Walker* v. *Southern Ice & Coal Co.*, 144 *Ga.* 695 (87 S. E. 888).          *Judgment affirmed. Stephens and Smith, JJ., concur.*

DECIDED NOVEMBER 10, 1920.

Action for damages; from city court of Atlanta — Judge Reid. April 14, 1920.

*T. G. Lewis, W. H. Terrell,* for plaintiff.

*McDaniel & Black,* for defendant.